

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00593-CR

**IN RE** Christopher Paul **GONZALEZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: August 5, 2026

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On July 30, 2026, Relator filed a petition for writ of habeas corpus. After considering the petition and the record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2005-CR-9396W, styled *State of Texas v. Christopher Paul Gonzalez*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Sharon S Macrae presiding.